G. H. HAULENBECK ADVERTISING AGENCY, Respondent, v. WEIDENFELD, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by the G. H. Haulenbeck Advertising Agency against Camille Weidenfeld. T. Cleveland, for appellant. D. Edwards, for respondent. No opinion. Judgment and order affirmed, with costs.

In re GLOVER et al. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) In the matter of the application of Frank Glover and George W. Glover to disbar Alvaro J. Adams. No opinion. Order to show cause denied, without prejudice to the right to move in the regular form.

GOMEZ, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Margaret Gomez against the Metropolitan Street Railway Company. T. P. Wickes, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

GONOROVSKY, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Joseph Gonorovsky against the Dry Dock, E. B. & B. Railroad Company. C. F. Brown, for appellant. J. J. O'Connell, for respondent. No opinion. Judgment and order affirmed, with costs.

GRAY v. SANDS. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Charles N. Gray against Joshua Sands. No opinion. Upon payment of $50 costs, motion denied.

GULVIN v. MOEBUS, Com'r. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Martin H. Gulvin against August Moebus, commissioner. No opinion. Motion granted, with $10 costs.

GUTSCHOW, Appellant, v. GUTSCHOW et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by John Gutschow against Caroline Gutschow and others. No opinion. Judgment affirmed, with costs. Order denying motion for new trial affirmed, without costs.

In re HALL. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) In the matter of the accounting of Lewis B. Hall, as administrator, etc., of Susan Benedict, deceased. No opinion. Motion denied.

HANSEN, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Johan Hansen against the Third Avenue Railroad Company. E. Treadwell, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs.

71 N.Y.S.—72

HARDT et al. v. SCHUYLKILL PLUSH & SILK CO. et al. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Engelbert Hardt and others against the Schuylkill Plush & Silk Company and others. I. L. Ernst, for appellants. E. Blumentiel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re HARRIS. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) In the matter of the petition of George H. Harris to remove from office Nelson Rounsevell, a justice of the peace of the town of Cuba, N. Y. No opinion. Motion to dismiss proceeding and to strike out certain allegations from the petition denied, with reference to Henry G. Danforth, Esq., an attorney and counselor residing in the city of Rochester, N. Y., to take the proofs and report to the court, with his opinion.

HART, Respondent, v. BACHE et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Henry Hart against Jules S. Bache and others. H. Nathan, for appellants. L. J. Morrison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HARVEY, Appellant, v. GREGG, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by William Harvey against William T. Gregg. No opinion. Judgment of the county court of Westchester county affirmed, with costs.

HENRY, Appellant, v. ROWELL, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by John F. Henry against George P. Rowell, as executor, etc., of Arethusa L. Forbes, deceased. No opinion. Judgment and order (64 N. Y. Supp. 488) affirmed, on the opinion of GAYNOR, J., with costs.

HEYSER et al., Appellants, v. PETERSON, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by Silas Heyser and others against Charles G. Peterson. No opinion. Judgment affirmed on the law and facts, with costs.

HIDDEN, Respondent, v. KREISER, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Thomas B. Hidden against Bernard Kreiser. J. A. Douglas, for appellant. G. S. Hamlin, for respondent. No opinion. Judgment affirmed, with costs.

HOAGLAND et al., Respondents, v. DIAMOND MILLS PAPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Charles T. Hoagland and another against the Diamond Mills Paper Company and another. R. Dulon, for respondents. No opinion. Judgment affirmed, with costs.

HOLTON, Respondent, v. ROBINSON, Appellant (No. 1). (Supreme Court, Appellate